IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DERRICK E. ROBINSON,

   Plaintiff,

    v.                               CIVIL ACTION FILE
                                    NO. 1:04-CV-2903-TWT

STATE OF GEORGIA,

   Defendant.

## OPINION AND ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 11] of the Magistrate Judge recommending dismissing the Petition as untimely. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 25th day of October, 2005.

                                                s/ Thomas W. Thrash
                                                THOMAS W. THRASH, JR.
                                                United States District Judge